April 28, 2015



# JUDGMENT

## The Fourteenth Court of Appeals

IN ESTATE OF DORIS J. SIMON, INCAPACITATED

NO. 14-15-00212-CV

_____

Today the Court heard appellee's motion to dismiss the appeal from the order signed by the court below on November 24, 2014. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant.

We further order this decision certified below for observance.